COMIMEX, INC., Respondent, v. MERCHANTS BANK OF NEW YORK, Defendant, and DAVID S. STERN CORPORATION, Impleaded Defendant-Appellant.— Order unanimously reversed and the motion of the impleaded defendant to serve a pleading setting up a claim in its favor against plaintiff granted. See subdivision 2 of section 193 of the Civil Practice Act, as amended by chapter 861 of the Laws of 1945. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

AUGUSTA LEVINE, Respondent, v. BENJAMIN LEVINE, Appellant.— Order unanimously modified by reducing the temporary alimony to $80 a month and the counsel fee to $150 and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

ELSIE LADEN, Appellant, v. ALLEN LADEN, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Accounting of JOSEPH POWER et al., as Successor Trustees under Trust Agreement made by JULIUS SCHMIDT, Deceased. JULIET CABEZUELO, Appellant; JOHN J. BRODERICK et al., Respondents.— Order, so far as appealed from, unanimously modified by reducing the allowance to the attorney for the trustees to the sum of $3,000 and the allowance to the guardian ad litem to the sum of $1,000, and as so modified affirmed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

HYMAN LUBOW, Appellant, v. EVA LUBOW, Respondent.— Order, so far as appealed from, unanimously modified by reducing the counsel fee to the sum of $350 and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MINNIE M. PALMER, Respondent, v. COURTLAND PALMER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed and for the bill of particulars to be served to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MARTHA REVHEIM et al., Appellants, v. SAMUEL B. SHANKMAN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of ROSE BEALICK, Appellant, against LOUIS BEALICK, Respondent.— Order affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Dore, J., dissents and votes to reverse and remit to Domestic Relations Court for further proceedings in accordance with section 137 of the Domestic Relations Court Act (N. Y. City Dom. Rel. Ct. Act, § 137; L. 1933, ch. 482). [See *post,* p. 804.]